PROB 12A
(7/93)

UNITED STATES DISTRICT COURT
for
Western District of Texas

Report on Offender Under Supervision

FILED
AUG 20 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Name of Offender: Steven Bradley Davis        Case Number: A-07-CR-247(1)LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: June 30, 2008

Original Offense: Count Two: Unlawful Access to a Protected Computer, in violation of 18 U.S.C. § 1030(a)(4); and Count Seven: Aggravated Identity Theft; Aiding and Abetting, in violation of 18 U.S.C. § 1028(a)(1) and 2.

Original Sentence: 72 months custody in the Bureau of Prisons (48 months custody on Count Two and 24 months custody on Count Seven, to be served consecutively) followed by a three (3) year term of supervised release (three (3) years on Count Two and one (1) year on Count Seven, to be served concurrently); with $391,416.90 restitution to be paid jointly and severally, financial disclosure, alcohol abstinence, no new lines of credit, and substance abuse treatment as special conditions of supervised release.

Amended Sentence: 57 months custody in the Bureau of Prisons (33 months custody on Count Two and 24 months custody on Count Seven, to be served consecutively) followed by a three (3) year term of supervised release (three (3) years on Count Two and one (1) year on Count Seven, to be served concurrently); with $391,416.90 restitution to be paid jointly and severally, financial disclosure, alcohol abstinence, no new lines of credit, and substance abuse treatment as special conditions of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: October 28, 2011

Assistant U.S. Attorney: Matthew B. Devlin   Defense Attorney: Viktor Olavson (Retained)

## PREVIOUS COURT ACTION

On December 16, 2011, a Request for Modifying the Conditions or Term of Supervision with the Consent of the Offender was submitted. It was agreed that the offender would pay the balance of the restitution at the rate of no less than $50 a month. It was further ordered that the defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other financial anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

Steven Bradley Davis
Report on Offender Under Supervision
Page 2

## NONCOMPLIANCE SUMMARY

**Nature of noncompliance:** To date, the defendant has personally satisfied $1,830.00 of the $391,416.90 (joint and several) restitution obligation. He has maintained his monthly payment of $50. The total restitution amount collected from the conspiracy totals $5,451.00, leaving an outstanding balance of $386,065.90.

The defendant's supervision expires on October 27, 2014. Based on the defendant's financial standing, it does not appear that he has the ability to pay off the outstanding balance prior to the expiration date. The Financial Litigation Unit in San Antonio has been notified. Upon expiration, they will continue to collect the funds owed toward his restitution obligations.

**U.S. Probation Officer Action:** The defendant continues to pay monthly toward his outstanding restitution obligation. Therefore, it is respectfully recommended that Your Honor take judicial notice of the outstanding restitution obligation and that the defendant be allowed to expire his term of supervision. Should Your Honor prefer other action be taken, please advise the undersigned at 512-391-8737.

Respectfully submitted,

Linda Cano
United States Probation Officer
Date: 8/18/2014

Approved:

James R. Golden Jr., Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[X] No Action
[ ] The Extension of Supervision as Noted Above.
[ ] The Modification of Conditions as Noted Above.
[ ] Other

Honorable Mark Lane
United States Magistrate Judge
Date: 8/19/2014